IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KAMAL K. PATEL, | * | |
| Reg.#56496-080 | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:09cv00108 SWW/JTR |
| | * | |
| | * | |
| EARL PEEPLES, M.D., and | * | |
| ORTHOARKANSAS, P.A., | * | |
| | * | |
| Defendants. | * | |

## ORDER

The motion [doc.#105] of plaintiff Kamal K. Patel for an extension of seven (7) days in which to file his objections to the Magistrate Judge's Proposed Findings and Recommendations [doc.#103] is hereby granted. Plaintiff's objections to the Magistrate Judge's Proposed Findings and Recommendations [doc.#103] are now due on or before May 11, 2010.

IT IS SO ORDERED this 3rd day of May 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE