**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

KAMAL K. PATEL
Reg. #56496-080                                                                                                    PLAINTIFF

V.                                          4:09CV00108 SWW/JTR

DR. EARL PEEPLES; and
ORTHOARKANSAS                                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' Motion for Summary Judgment and Amended Motion for Summary Judgment (docket entries #16 and #91) are GRANTED, and this case is DISMISSED, WITH PREJUDICE.

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 11th day of May 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE