**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KAMAL K. PATEL
Reg. #56496-080                                                                                                    PLAINTIFF

V.                                         4:09CV00108 SWW/JTR

DR. EARL PEEPLES; and
ORTHOARKANSAS                                                                                                 DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 11th day of May 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE